# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV156

| | | |
|---|---|---|
| **VOLVO ROAD MACHINERY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| **J. D. EVANS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for admission *pro hac vice* of Michael P. Healy to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and Michael P. Healy is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: September 15, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge